**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARTIN UMLAUF et al ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 08 C 470 |
| ) | Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR DEFAULT JUDGMENT**

Petitioners, Martin Umlauf et al, Trustees of the Chicago Regional Council of Carpenters Welfare Fund, by their attorneys, Collins P. Whitfield and Travis J. Ketterman of Whitfield McGann & Ketterman, move pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.* and Fed.R.Civ.P. 55 for an Order confirming an arbitration award for monetary relief and for entry of judgment by this Court. In support of this motion, the Petitioners state:

1.  The Claimant Chicago Regional Council of Carpenters Welfare Fund (hereinafter "Welfare Fund") filed a Petition to Confirm a Final Arbitration Award on January 22, 2008.

2.  All Respondents were served between January 29, 2008 and February 21, 2008. The Respondents failed to timely answer or file an appropriate motion.

3.  On December 21, 2007, Arbitrator Saltarelli issued a 12 page Final Award, attached as Exhibit A to the Petition to Confirm.

4. In the Final Award, the Arbitrator awarded $1,823,136.70 to the Trust Fund.

5. The Final Award expressly stated that the sums awarded were to be paid within thirty (30) days after the date of the award. The Final Award included interest on unpaid amounts as provided by law.

6. The Respondents are jointly and severally liable for the amounts awarded in the Final Award and set forth in paragraphs 31 and 32 of this Petition.

7. The Final Award was made in accordance with the terms and provisions of the parties' written contract and is proper in all respects.

8. To date, the Final Award has not been vacated, modified or corrected, and no application to the Arbitrator or a court has been made for such a change.

9. The Respondents failed to file a timely motion to vacate, modify or correct the Final Award.

10. The Petition for confirmation is brought within one year after the Arbitrator made the Final Award.

WHEREFORE, the Welfare Fund respectfully requests that this Honorable Court:

(a) enter an Order confirming the Arbitrator's Final Award;
(b) enter a Final Judgment pursuant to the Final Award in the amount of $1,823,136.70;

(c) enter an award of post-judgment interest for the period after December 21, 2007 through the date of judgment;
(d) award such further relief as the Court deems just and equitable.

        Respectfully submitted,

        MARTIN UMLAUF, JEFFREY ISAACSON, MICHAEL J. SEXTON, ROBERT QUANSTROM, FRANK LIBBY, KEITH JUTKINS, DAVID PEPPER, MELVIN GRAY, RICHARD A. BAGGIO, TIMOTHY COLEMAN, BENJAMIN JOHNSTON, and TOM RAKOW, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND

        <u>/s/ Travis J. Ketterman</u>

Collins P. Whitfield (#3004937)
Travis J. Ketterman (#6237433)
Whitfield McGann & Ketterman
Attorneys for Petitioner
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700

3