**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARTIN UMLAUF et al ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Case No. 08 C 470 |
| ) | Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al ) | |
| ) | |
| Respondents.  ) | |

### AFFIDAVIT IN SUPPORT OF THE MOTION
### FOR DEFAULT JUDGMENT

Now comes TRAVIS J. KETTERMAN, who after being duly sworn upon oath, states as follows:

1. I am a partner with the law firm of Whitfield McGann and Ketterman and served as one of the legal counsel to the Chicago Regional Council of Carpenters Welfare Fund during the underlying arbitration and this litigation. In such a capacity, I am authorized to make this Affidavit on behalf of the Trust Fund.

2. The Claimant Chicago Regional Council of Carpenters Welfare Fund (hereinafter "Welfare Fund") filed a Petition to Confirm a Final Arbitration Award on January 22, 2008.

3. All Respondents were served between January 29, 2008 and February 21, 2008. The Respondents failed to timely answer or file an appropriate motion.

4. On December 21, 2007, Arbitrator Saltarelli issued a 12 page Final

Award, attached as Exhibit A to the Petition to Confirm.

5. In the Final Award, the Arbitrator awarded $1,823,136.70 to the Trust Fund.

6. The Final Award expressly stated that the sums awarded were to be paid within thirty (30) days after the date of the award. The Final Award included interest on unpaid amounts as provided by law.

7. The Respondents are jointly and severally liable for the amounts awarded in the Final Award and set forth in paragraphs 31 and 32 of this Petition.

8. The Final Award was made in accordance with the terms and provisions of the parties' written contract and is proper in all respects.

9. To date, the Final Award has not been vacated, modified or corrected, and no application to the Arbitrator or a court has been made for such a change.

10. The Respondents failed to file a timely motion to vacate, modify or correct the Final Award.

11. The Petition for confirmation is brought within one year after the Arbitrator made the Final Award.

I swear that the above statements are true and correct to the best of my knowledge. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Further, Affiant sayeth not.

/s/ Travis J. Ketterman