IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN UMLAUF et al | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Case No. 08 C 470<br>) Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al | )<br>) |
| Respondents. | ) |

### AFFIDAVIT OF KRISTINA M. GUASTAFERRI

Now comes KRISTINA M. GUASTAFERRI, who after being duly sworn upon oath, states as follows:

1. I am the Administrator of the Chicago Regional Council of Carpenters Welfare Fund and in such capacity I am authorized to make this Affidavit on behalf of the Trust Fund.

2. On December 21, 2007, Arbitrator Saltarelli issued a 12 page Final Award.

3. To date, the Respondents have not made any payments to the Welfare Fund to satisfy the Final Award.

I swear that the above statements are true and correct to the best of my knowledge. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Further, Affiant sayeth not.

_____    3/13/2008
KRISTINA M. GUASTAFERRI