IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN UMLAUF et al<br><br>   Petitioners,<br><br> v.<br><br>MONEX HEALTH CARE SYSTEMS, INC. et al<br><br>   Respondents. | )<br>)<br>)<br>)<br>) Case No. 08 C 470<br>) Judge Zagel<br>)<br>)<br>) |

*Notice of Motion*
_____

All Defendents on the Service List

 PLEASE TAKE NOTICE that on **Thursday, April 3, 2008** I shall appear before the Honorable Judge Zagel at approximately **10:15 a.m. in Courtroom 2503**, or any Judge in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my **Motion for Default Judgment.**

            THE TRUSTEES OF THE CHICGAO
            REGIONAL COUNCIL OF CARPENTERS
            WELFARE FUND

             s/Travis J. Ketterman
          By: _____
            TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) SS | |
| COUNTY OF COOK ) | |

Travis J. Ketterman, the undersigned attorney, deposes and says that he served the above and foregoing **Motion for Default Judgment** by U.S. first class mail to the person/s to who said Notice is directed on March 27, 2008.

s/Travis J. Ketterman
_____