| | | |
|---|---|---|
| **ClientCaseID:** N7585/TJK<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 2/24/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08C470**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Chicago Foot Clinic, Ltd.**
PERSON SERVED **LISA BROWN (LEGAL ASSISTANT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/29/08**

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

**Sex** FEMALE   **Race** BLACK   **Age** 30s
**Height** 5'6"   **Build** AVERAGE   **Hair** BROWN

LOCATION OF SERVICE   **180 N LaSalle St. #3700**
**Chicago, IL, 60601**

Date Of Service   **1/29/08**   Time of Service   **1:41 PM**

LARUE BEY   1/31/2008
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.