IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN UMLAUF et al ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 08 C 470 |
| ) | Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al ) | |
| ) | |
| Respondents. ) | |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE MOTION
FOR DEFAULT JUDGMENT**

Now comes TRAVIS J. KETTERMAN, who after being duly sworn upon oath, states as follows:

1.  I am a partner with the law firm of Whitfield McGann and Ketterman and served as one of the legal counsel to the Chicago Regional Council of Carpenters Welfare Fund during the underlying arbitration and this litigation. In such a capacity, I am authorized to make this Affidavit on behalf of the Trust Fund.

2.  The post-Final Award interest from December 21, 2007 through April 3, 2008, calculated at 2.08%, amounts to $10,701.06.

I swear that the above statements are true and correct to the best of my knowledge. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Further, Affiant sayeth not.

/s/ Travis J. Ketterman