Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 470 | DATE | 4/3/2008 |
| CASE TITLE | MARTIN UMLAUF, ET AL vs. MONEX HEALTH CARE SYSTEMS, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|