

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| MARTIN UMLAUF et al | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Case No. 08 C 470 |
|  | ) Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al | ) |
|  | ) |
| Respondents. | ) |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their Complaint on January 23, 2008 against the Defendants and the Defendants were properly served with copies of Complaint and Summons; and

WHEREAS, the Defendants have failed to appear, answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above-styled action; and

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered on behalf of the Plaintiffs and against the Defendants, Monex Health Care Systems, Inc.; Podiatry Network, Inc.; Chiropractic Network, Inc.; Anti-Aging & Cosmetic Institute, Ltd.; Chicago Foot Clinic, Ltd.; Fullerton-Kimball Marketing, Inc.; Moshiri Investment Corp.; Competex; and SHAWNI MOSHIRI, Individually and d/b/a

CHICAGO CHIROPRACTIC CLINIC,  and that this Honorable Court confirms the Final

Award issued by Arbitrator Gerald Saltarelli on December 21, 2007.

Further, this Honorable Court awards the Plaintiffs **$1,833,837.76,**

representing the following amounts:

(a)   the Final Award in the amount of $1,823,136.70;
(b)   an award of $10,701.06 in post-judgment interest for the period after
December 21, 2007 through the date of judgment.

The Defendants are jointly and severally liable for the entire amount of this Judgment.

ENTERED:

By:

_____
The Honorable Judge James Zagel

Dated: _____3 April 2008_____

Prepared by Travis J. Ketterman
Whitfield McGann & Ketterman
Attorneys for Petitioner
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700