# United States District Court
## Northern District of Illinois
### Eastern Division

MARTIN UMLAUF, ET AL                              **JUDGMENT IN A CIVIL CASE**

      v.                                                  Case Number: 08 C 470

MONEX HEALTH CARE SYSTEMS,
INC., ET

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs and against defendants Monex Health Care Systems, Inc.; Podiatry Network, Inc.; Chiropractic Network, Inc.; Anti-Aging & Cosmetic Institute, Ltd.; Chicago Foot Clinic, Ltd.; Fullerton-Kimball Marketing, Inc.; Moshiri Investment Corp.; Competex; and Shawni Moshiri, Individually and d/b/a Chicago Chiropractic Clinic, in the amount of $1,833,837.76 plus $10,701.06 in post-judgment interest for the period after December 21, 2007 through the date of judgment. The defendant's are jointly and severally liable for the entire amount of this judgment.

                                                     Michael W. Dobbins, Clerk of Court

Date: 4/28/2008                                   _____
                                                    /s/ Donald Walker, Deputy Clerk