

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN UMLAUF et al | ) |
|               Petitioners, | ) |
| v. | ) Case No. 08 C 470 |
| | ) Judge Zagel |
| MONEX HEALTH CARE SYSTEMS, INC. et al | ) |
|               Respondents. | ) |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their Complaint on January 23, 2008 against the Defendants and the Defendants were properly served with copies of Complaint and Summons; and

WHEREAS, the Defendants have failed to appear, answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above-styled action; and

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered on behalf of the Plaintiffs and against the Defendants, Monex Health Care Systems, Inc.; Podiatry Network, Inc.; Chiropractic Network, Inc.; Anti-Aging & Cosmetic Institute, Ltd.; Chicago Foot Clinic, Ltd.; Fullerton-Kimball Marketing, Inc.; Moshiri Investment Corp.; Competex; and SHAWNI MOSHIRI, Individually and d/b/a

CHICAGO CHIROPRACTIC CLINIC, and that this Honorable Court confirms the Final Award issued by Arbitrator Gerald Saltarelli on December 21, 2007.

Further, this Honorable Court awards the Plaintiffs **$1,833,837.76**, representing the following amounts:

(a) the Final Award in the amount of $1,823,136.70;
(b) an award of $10,701.06 in post-judgment interest for the period after December 21, 2007 through the date of judgment.

The Defendants are jointly and severally liable for the entire amount of this Judgment.

ENTERED:

By: _____
The Honorable Judge James Zagel

Dated: 4/3/2008

Prepared by Travis J. Ketterman
Whitfield McGann & Ketterman
Attorneys for Petitioner
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700

2