# United States District Court for the Northern District of Illinois

Case Number: 08CV470         Assigned/Issued By: DAJ

Judge Name: ZAGEL          Designated Magistrate Judge:

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

## ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☑ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_6_ Original and _6_ copies on _08/27/08_ as to CHIROPRACTIC NETWORK,
                              (Date)
CHICAGO FOOT CLINIC, MONEX HEALTH CARE SYSTEMS, PODIATRY NETWORK,
ANTI-AGING & COSMETIC INSTITUTE, SHAWNI MOSHIRI. (NO NOTICES)