## United States District Court for the Northern District of Illinois

Case Number: 08CV470                    Assigned/Issued By: DAJ

Judge Name: ZAGEL                       Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __08/27/08__ as to __FULLERTON-KIMBALL__
                                    (Date)
MARKETING INC, COMPETEX, MOSHIRI INVESTMENT CORP. (NO NOTICES)
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05